# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Lynn Gordon,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                   3:11-cv-502

Brian Clayton Huncke, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2012 Order.

                                                    Signed: March 5, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court